IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| MONA ZEPHIR, | ) | NO.: 19-11581 |
| | ) | |
| Debtor, | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE: LASHONDA A. HUNT |
| | ) | |

## NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE THAT ON May 22, 2019 at 10:00 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable LaShonda A. Hunt, U.S. Bankruptcy Judge, 219 South Dearborn, Room 719, Chicago, Illinois 60604, and shall then and there present the attached Motion and at which time you may appear if you so desire.

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on May 9, 2019, with proper postage prepaid.

McCalla Raymer Leibert Pierce, LLC

/s/Kinnera  Bhoopal
Kinnera  Bhoopal
ARDC# 6295897

1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

## **NOTICE OF MOTION ADDRESSES**

| | |
|---|---|
| To Trustee:<br>Richard J Mason<br>McGuire Woods LLP<br>77 West Wacker Drive<br>Suite 4100<br>Chicago, IL 60601 | *by Electronic Notice through ECF* |
| To Debtor:<br>Mona Zephir<br>20717 Sparta Ct<br>Olympia Fields, IL 60461 | *Served via U.S. Mail* |
| To Attorney:<br>Thomas March<br>The Semrad Law Firm, LLC<br>20 S. Clark 28<br>Chicago, IL 60603 | *by Electronic Notice through ECF* |

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| MONA ZEPHIR, | ) NO.: 19-11581 |
| | ) |
| Debtor, | ) CHAPTER 7 |
| | ) |
| | ) JUDGE: LASHONDA A. HUNT |
| | ) |

## **MOTION TO MODIFY THE AUTOMATIC STAY**

NOW COMES Specialized Loan Servicing LLC by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that the Automatic Stay heretofore entered on the property located at 20717 Sparta Court, Olympia Fields, Illinois 60461 be Modified stating as follows:

1. On April 22, 2019, the above captioned Chapter 7 was filed.

2. Specialized Loan Servicing LLC services the first mortgage lien on the property located at 20717 Sparta Court, Olympia Fields, Illinois 60461.

3. The debt is based on a May 25, 2007, Mortgage and Note in the original sum of $384,000.00.

4. As of May 07, 2019, the total debt owed to Specialized Loan Servicing LLC on the above captioned account is estimated at $507,957.68.  Additional interest advances and charges may have accrued under the security instrument through the presentment of this motion.  The Debtor's schedules list the fair market value of said property at $249,909.00.

5. The account is currently due and owing to Specialized Loan Servicing LLC for the September 2018 current mortgage payment and those thereafter.

6. The Debtor has no equity in the property located at 20717 Sparta Court, Olympia Fields, Illinois 60461 for the benefit of unsecured creditors.

7. Specialized Loan Servicing LLC continues to be injured each day it remains bound by the Automatic Stay.

8. Specialized Loan Servicing LLC is not adequately protected.

9. The property located at 20717 Sparta Court, Olympia Fields, Illinois 60461 is not necessary for the Debtor's reorganization.

10. The Debtor has scheduled an intention to surrender the property.

11. Specialized Loan Servicing, LLC services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant or Movant's successor or assignee. Movant, directly or through an agent, has possession of the Note. The Note is either made payable to Movant or has been duly endorsed. Movant is the original mortgagee or beneficiary or the assignee of the Mortgage/Deed of Trust.

12. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT PRAYS that the Automatic Stay be modified and that Bankruptcy Rule 4001(a)(3) should be waived as not applicable, and for such other relief as this Court deems just.

Specialized Loan Servicing LLC

McCalla Raymer Leibert Pierce, LLC

By:    */s/Kinnera Bhoopal*
      Kinnera Bhoopal
      Illinois Bar No. 6295897
      Attorney for Creditor
      1 N. Dearborn Suite 1200
      Chicago, IL 60602
      Phone: (312) 346-9088
      Fax: (312) 551-4400
      Email: ILpleadings@mrpllc.com